```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION** at **PIKEVILLE**

| | | |
|---|---|---|
| ALBERT RATLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7:19-cv-92-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | **ORDER** |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter comes before the Court on Plaintiff's Motion to Waive Pro Hac Vice Fees [DE 6] and Motion for Admission Pro Hac Vice [DE 7], requesting the Court admit attorney Vicki Corr as counsel for Plaintiff. Since Ms. Corr is asking the Court to waive the *pro hac vice* admission fee of $125.00, when she moved for admission, she did not pay the prescribed fee. However, pursuant to LR 83.2, when counsel requests to be admitted *pro hac vice*, the *pro hac vice* admission fee is required. Accordingly, the Court, having considered the request, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Plaintiff's Motion to Waive Pro Hac Vice Fees [DE 6] is **DENIED;** and

(2) Plaintiff's Motion for Admission Pro Hac Vice [DE 7] is **DENIED WITHOUT PREJUDICE.**

This the 29th day of October, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge